CASE **A13CV0621   LY**

DWIGHT RAY HILL

VS.

STATE OF TEXAS

PARKER COUNTY SHERIFF DEPARTMENT

U.S. DISTRICT COURT

WESTERN DISTRICT

TRAVIS COUNTY

TEXAS

FILED
JUL 25 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

VIOLATION OF CIVIL RIGHTS

PLAINTIFF DWIGHT RAY HILL IS SUING PARKER COUNTY SHERIFF DEPARTMENT FOR 2 MILLION DOLLARS FOR INTENTIONALY FILING A FALSE RETALIATION CHARGE AGAINST PLAINTIFF IN ORDER TO HACK DOWN PLAINTIFF'S WEBSITE : MIND CONTROL MICROCHIPS .COM AS WELL AS PLAINTIFF'S FACEBOOK PAGE UNDER RAY HILL.  SHERIFF LARRY FOWLER TOLD JAILER SARGENT SMITH TO TELL PRISONERS PLAINTIFF WAS A PEDAFILE IN ORDER TO HAVE PLAINTIFF BEAT TO DEATH TO SHUT HIM UP ABOUT THE USE OF CYBERNETICS TECHNOLOGY USED BY LAW ENFORCEMENT.  COMPUTER OPERATORS ALSO WENT ON TO THE INTERNET AND TOLD PEOPLE THERE PLAINTIFF WAS A PEDAFILE AS WELL.  PARKER COUNTY HAS ALSO PLACED A WEBSITE UP ON DWIGHT RAY HILL SHOWING THE FALSE CHARGES PLAINTIFF HAS BEEN ARRESTED ON WITH NO CONVICTIONS.  THEY HAVE DONE THIS TO NO ONE ELSE WHO HAS BEEN ARRESTED UNDER THEIR JURISDICTION.  THEY ARE CLEARLY SLANDERING AND LIBELING PLAINTIFF'S NAME.  SHERIFF LARRY FOWLER HAD HIS PEOPLE FALSELY ACCUSE PLAINTIFF OF THIS RETALIATION CHARGE AFTER TRYING TO HACK DOWN PLAINTIFF'S WEBSITE ON 2 PREVIOUS OCCASSIONS AS WELL AS PLAINTIF'S FACEBOOK PAGE. PARKER COUNTY COMPUTER OPERATORS TRIED TO PUT CHILD PORN ON PLAINTIFF'S COMPUTER BY SENDING IT AS AN E-MAIL ATTACHMENT AND USED PLAINTIFF'S E-MAIL ADDRESS TO SEND THE SAME TRASH TO ANOTHER SHERIFF DEPARTMENT AND THEY GOT CAUGHT BOTH TIMES. AFTER CATCHING THEM TRYING TO PLACE CHILD PORN ON PLAINTIFF'S COMPUTER PLAINTIFF SENT THE WARNINGS RECEIVED FROM CHARTER HIGH SPEED INTERNET SERVICE TO THE F.B.I OFFICE IN DALLAS TEXAS AND A PARKER COUNTY COMPUTER OPERATOR ATTEMPTED TO ASSASSINATE PLAINTIFF. PLAINTIFF HAS BEEN SENT TO A MENTAL INSTITUTION IN WICHITA FALLS TEXAS AS INCOMPETENT TO STAND TRIAL EVEN THOUGH PLAINTIFF HAS NEVER BEEN EVALUTATED BY A PSYCHIATRIST OR PSYCHOLOGIST IN PARKER COUNTY.JUDGE GRAHAM QUISENBERRY HAS NOT ALLOWED PLAINTIFF TO ATTEND COMPETENCY HEARINGS AND APPOINTED PLAINTIFF A WORTHLESS ATTORNEY NAMED RICHARD ALLEY WITHOUT PLAINTIFF FILLING OUT AN INDIGENCY REQUEST FOR SAID ATTORNEY AND PLAINTIFF HAD OVER FOUR THOUSAND DOLLARS IN THE BANK AT THAT TIME.  QUISENBERRY ALSO REFUSED TO EXPUNGE 3 FALSE CHARGES IN 2010 THAT WERE DISMISSED AND PLAINTIFF WILL NEVER BE CONVICTED OF. QUISENBERRY HAS SIGNED OFF ON PAYING THE SO CALLED EXPERT WITNESSES THAT TESTIFIED AGAINST PLAINTIFF WHO THEY HAVE NEVER SEEN OR EVALUATED. QUISENBERRY IS THE ONLY DISTRICT JUDGE THAT HAS DONE THIS .  PLAINTIFF HAD FILED 2 MOTIONS TO DISMISS THE FALSE

RETALIATION CHARGE IN 2010 AS WELL AS 2 MOTIONS FOR A CHANGE OF VENUE, A MOTION FOR A EXAMING TRIAL, A MOTION FOR A SPEEDY TRIAL AND A MOTION FOR A BOND REDUCTION HEARING WHICH QUISENBERRY REFUSED TO SIGN ANY OF THE MOTIONS. PLAINTIFF ALSO FILED A MOTION FOR QUISENBERRY TO RECUSE HIMSELF AS WELL AS A MOTION FOR ATTORNEY RICHARD ALLEY TO WITHDRAW FROM CASE#CR10-0676. PLAINTIFF ALSO FILED A LAWSUIT PRO SE IN STATE COURT IN PARKER COUNTY FOR THE FALSE ARREST WHICH HAS NOT BEEN ALLOWED TO GO TO TRIAL. PLAINTIFF IS THEREFORE SUING THE STATE OF TEXAS AND PARKER COUNTY SHERIFF DEPARTMENT FOR HOLDING PLAINTIFF ON A FALSE RETALIATION CHARGE FOR 3 YEARS KNOWING PLAINTIFF IS NOT MENTALLY ILL NOR INCOMPETENT TO STAND TRIAL NOR GUILTY OF THE CHARGE SINCE PLAINTIFF WAS BARRED BY COUNTY COMMISSIONER JUDGE MARK RILEY FROM SENDING E-MAILS TO COUNTY EMPLOYEES IN 2009 AND THE SUPPOSED DEATH THREAT E-MAIL WAS SUPPOSEDLY SENT TO A SHERIFF EMPLOYEE IN JULY 2010 MAKING IT IMPOSSIBLE FOR PLAINTIFF TO HAVE SENT THE DEATH THREAT E-MAIL. PLAINTIFF IS ASKING FOR 2 MILLION DOLLARS IN DAMAGES AS HE HAS SUFFERED LOSS OF PERSONAL FREEDOM, SUFFERED MENTAL ANGUISH, SUFFER PAIN AND SUFFERING BEING INJECTED WITH ANTI-PSYCHOTIC DRUGS AGAINST PLAINTIFF'S WILL BEING COURT ORDERED BY JUDGE GRAHAM QUISENBERRY. TO DATE PLAINTIFF HAS BEEN HELD ILLEGALLY GOING ON 14 YEARS ON FALSE CHARGES FILED IN PARKER COUNTY TEXAS AND 9 YEARS OF THAT HAS BEEN IN TEXAS STATE MENTAL HOSPITALS. THE CURRENT FALSE CHARGE IS STILL ON PLAINTIFF'S ARREST RECORD NOR HAS PARKER COUNTY SHERIFF LARRY FOWLER SIGNED A STATEMENT OF NON-PROSECUTION.

DATE 7-22-2013

_Dwight Ray Hill_
DWIGHT RAY HILL